## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELDAN PROPERTIES LLC, a Delaware limited liability company, as successor in interest for DANHILL PROPERTIES, an Arizona general partnership,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL SERVICES ADMINISTRATION, an agency of the United States Government.,<br><br>Defendant. | **No. 07-556C**<br><br>**(Judge C. Miller)** |

## RESPONSE TO MOTION TO DISMISS

This is an action for declaratory judgment involving a contract between Eldan Properties, a Delaware limited liability company, and defendant General Services Administration (the "GSA"). The GSA has moved for dismissal, arguing that this Court does not have jurisdiction because Eldan has sought declaratory relief. [Motion to Dismiss at 1 (citing U.S. v. King, 395 U.S. 1, 89 S. Ct. 1501 (1969)]. Although the 1982 amendments to the Tucker Act expanded the jurisdiction of the Court of Federal Claims, it does appear under King and progeny that this Court may not have jurisdiction over an action seeking declaratory relief in a dispute over contract interpretation. Should this Court agree, Eldan respectfully requests an order expressly dismissing this case without prejudice due to lack of jurisdiction.

. . . .

. . . .

Warner Angle Hallam Jackson & Formanek PLC

Dated this 22nd day of October, 2007.

WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC

By /s Jack D. Klausner

WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
Jack D. Klausner, AZ Bar #004139
3550 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2188
Attorneys for Plaintiff
jklausner@warnerangle.com

(602) 264-7101 (PHONE)
(602) 234-0419 (FAX)

## CERTIFICATION

I hereby certify that the foregoing Response to Motion to Dismiss was electronically filed with the United States Claims Court Clerk's Office this 22nd day of October, 2007. Parties may access a copy of this document through the Court's electronic filing system upon notice from the Court.

/s/ Jack D. Klausner